UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-----------------------------------------------------------

TREVOR CAWLEY,

        Plaintiff,

vs.

EASTMAN OUTDOORS, INC.,
ET AL.,

        Defendants.

-----------------------------------------------------------

FILED
2015 JAN 28 PM 3:12

CASE NO. 1:14-CV-00310

SPECIAL VERDICT FORM

## INTERROGATORIES

**Interrogatory No. 1:** Was there a defect in the construction or manufacture of the Wolverine 6070 carbon arrow at issue in this case?

    Answer "Yes" or "No."

    Answer: _NO_

If your answer is "No," do not answer the remaining Interrogatories, and enter a general verdict for the defendant. Otherwise, proceed to Interrogatory No. 2.

**Interrogatory No. 2:** If your answer to Interrogatory No. 1 was "Yes," did that defect proximately cause injury to Plaintiff Trevor Cawley?

    Answer "Yes" or "No."

    Answer: _____

Case No. 1:14-CV-00310
Gwin, J.

If your answer is "No," do not answer the remaining Interrogatories, and enter a general verdict for the defendant. Otherwise, proceed to Interrogatory No. 3.

**Interrogatory No. 3**: Did Plaintiff Trevor Cawley impliedly assume the risk of injury, and, if so, was that implied assumption of the risk a direct and proximate cause of his injury?

    Answer "Yes" or "No."

    Answer:_____

If your answer is "Yes," do not answer the remaining Interrogatories, and enter a general verdict for the defendant. Otherwise, proceed to Interrogatory No. 4.

**Interrogatory No. 4**: Was Plaintiff Trevor Cawley negligent, and did that negligence directly and proximately cause his own injury?

    Answer "Yes" or "No."

    Answer:_____

If your answer is "Yes," proceed to Interrogatory No. 5. Otherwise, enter a general verdict for the plaintiff, then skip Interrogatory No. 5 and go directly to Interrogatory No. 6.

**Interrogatory No. 5**: If your answer to Interrogatory No. 4 is "Yes," state the percentages of

Case No. 1:14-CV-00310
Gwin, J.

negligence of Plaintiff Trevor Cawley, Defendant Eastman Outdoors, Inc., and Shin Kwang Corporation that directly and proximately caused Plaintiff's injury.

　　　　　_____% Plaintiff Trevor Cawley

　　　　　_____% Defendant Eastman Outdoors, Inc. And Shin Kwang Corporation

　　Total: \_\_100\_\_\_\_% (The sum of the percentages attributed to each must equal 100%)

If the percentage attributable to the plaintiff is 50% or less, enter a general verdict for the plaintiff and then proceed to Interrogatory No. 6. If the percentage attributable to the plaintiff is more than 50%, do not answer the remaining Interrogatories, and enter a general verdict for the defendant.

**Interrogatory No. 6**: State the total amount of economic and noneconomic losses, and the total compensatory damages sustained by Plaintiff Trevor Cawley, without regard to the percentage of negligence attributed to him in Interrogatory No. 5 (if applicable).

　　　　$_____ Economic Losses

　　　　$_____ Non-economic Losses

　　Total: $_____ Compensatory Damages　　(The sum of economic and non-economic losses)

Enter the amount of compensatory damages on the General Verdict, and proceed to Interrogatory No. 7.

Case No. 1:14-CV-00310
Gwin, J.

**Interrogatory No. 7**: Do you find by clear and convincing evidence that the harm for which you awarded compensatory damages was the result of misconduct by Defendant Eastman Outdoors, Inc., that manifested a flagrant disregard for the safety of persons who might be harmed by the Wolverine 6070 carbon arrow at issue in this case, such that punitive damages should be awarded to Plaintiff Trevor Cawley?

    Answer "Yes" or "No."

    Answer:_____

If your answer is "Yes," enter that finding on the General Verdict, and proceed to Interrogatory No. 8. If your answer is "No," enter that finding on the General Verdict, and do not answer Interrogatory No. 8.

**Interrogatory No. 8**: If your answer to Interrogatory No. 7 was "Yes," do you find that Defendant Eastman Outdoors, Inc., is liable for Plaintiff Trevor Cawley's attorney's fees?

    Answer "Yes" or "No."

    Answer:_____

Proceed to the General Verdict.

Case No. 1:14-CV-00310
Gwin, J.

## GENERAL VERDICT

We, the Jury, do hereby find for the PLAINTIFF / (DEFENDANT) (circle one).

IF FOR THE PLAINTIFF:

We find that the total amount of compensatory damages is $_____, as decided in Interrogatory No. 6.

We find that the defendant IS / IS NOT (circle one) liable for punitive damages, as decided in Interrogatory No. 7.

Each of us Jurors concurring in said verdict signs his/her name hereto this 28th day of January, 2015.

_____    _____
_____    _____
_____    _____
_____    _____
_____    FOREPERSON